**Roddrick Newhouse, Trustee**
**401 Century Parkway**
**Suite 715**
**Allen, TX 75013**
**Telephone: (469) 777-6560**
**Email: rn7trustee@gmail.com**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| ROTO, INC., | § § | CASE NO. 22-60072-RLJ7 |
| Debtor. | § § § | Chapter 7 |

**MOTION TO RE-OPEN CHAPTER 7 CASE**
**PURSUANT TO 11 U.S.C. §350 AND BANKRUPTCY RULE 5010**

**ANY PARTY WISHING TO RESPOND TO THIS PLEADING MUST FILE THE RESPONSE WITH THE U.S. BANKRUPTCY CLERK, GEORGE MAHON FEDERAL BUILDING, 1205 TEXAS AVENUE, ROOM 306, LUBBOCK, TX 79401-4002, WITHIN 21 DAYS OF THE SERVICE OF THIS PLEADING. IF A RESPONSE IS FILED AND SERVED TIMELY, A HEARING ON THE RESPONSE WILL BE SCHEDULED WITH A NOTICE TO THE RESPONDING PARTY ONLY.**

**IF NO RESPONSE IS FILED AND TIMELY SERVED ON THE TRUSTEE, THE COURT MAY DEEM THE RELIEF REQUESTED UNOPPOSED AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT FURTHER NOTICE TO ANY PARTY.**

TO THE HONORABLE RONALD L. JONES, U. S. BANKRUPTCY JUDGE:

Roddrick Newhouse, Trustee, files this Motion to Reopen Pursuant to 11 U.S.C. §350 and Bankruptcy Rule 5010 and in support respectfully shows the Court the following:

1. **ROTO, INC.,** Debtor, filed its voluntary petition for relief under Chapter 7 of the Bankruptcy Code on December 28, 2022. Roddrick Newhouse was appointed Interim Trustee of the bankruptcy estate.

2. The Trustee's Report of No Distribution was filed on April 26, 2023 and trustee was

discharged and the case was closed on May 30, 2023.

3. The Interim Trustee has received funds in connection with a refund from Ford Credit listed on bankruptcy schedules.

4. The former Trustee, Roddrick Newhouse, believes the case should be re-opened to allow the trustee to administer the assets.

5. The former Trustee requests the U.S. Trustee to appoint a trustee to administer the case and the property.

6. The assets in this case constitute cause under 11 U.S.C. §350 to reopen this case.

**FOR THESE REASONS,** Roddrick Newhouse, Trustee prays that this Court enter an Order:

- Reopening this case;
- Directing the U.S. Trustee to appoint a Chapter 7 trustee; and
- Granting any other relief this Court deems appropriate.

Respectfully submitted,

By: /s/ *Roddrick Newhouse*
Roddrick Newhouse
CHAPTER 7 TRUSTEE
401 Century Parkway
Suite 715
Telephone: (469) 777-6560
Email: rn7trustee@gmail.com

## CERTIFICATE OF SERVICE

I, Roddrick Newhouse, certify that a true and correct copy of the ***MOTION TO RE-OPEN CHAPTER 7 CASE PURSUANT TO 11 U.S.C. §350 AND BANKRUPTCY RULE 5010*** was forwarded by electronic transmission or first class mail, postage prepaid, to the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242, and to the parties included on the attached Service List, on this 24th day of July 2023.

*/s/ Roddrick Newhouse*
Roddrick Newhouse, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-6<br>Case 22-60072-rlj7<br>Northern District of Texas<br>San Angelo<br>Mon Jul 24 08:49:23 CDT 2023 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | First Bank Texas<br>100 Willow Bend Dr.<br>Willow Park, TX 76008-5746 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | (p)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | Roto, Inc.<br>3135 Executive Dr.<br>San Angelo, TX 76904-6801 |
| Tom Green CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | U.S. Bank National Association<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 |
| 350th District Court<br>300 Oak St., Ste. 404<br>Abilene, TX 79602-1534 | AMEX<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | AT&T<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 |
| Airgas<br>2929 N. Bryant Blvd.<br>San Angelo, TX 76903-2362 | Airgas USA, LLC<br>110 West 7th Street, Suite 1300<br>Tulsa, OK 74119-1106 | Allen Young Office Machines<br>60 N. Chadbourne<br>San Angelo, TX 76903-5849 |
| Ally<br>Payment Processing Center<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Angelo Plumbing Supply<br>2500 N. Bryant Blvd.<br>San Angelo, TX 76903-2868 |
| Antraquip Coporation<br>758 Bowman Ave.<br>Hagerstown, MD 21740-6809 | Aramark/Ameripride Services<br>2680 Palumbo Dr.<br>Lexington, KY 40509-1234 | B & W Trailer<br>P.O. Box 5277<br>San Angelo, TX 76902-5277 |
| BenMark Supply Company<br>P.O. Box 198<br>Midland, TX 79702-0198 | Bill Williams Tire Center<br>P.O. Box 1772<br>Midland, TX 79702-1772 | Bitco<br>P.O. Box 933370<br>Atlanta, GA 31193-3370 |
| Boley-Featherston Ins.<br>P.O. Box 97513<br>Whichita Falls, TX 76307-7513 | Bridgestone Hose Power<br>50 Industrial Loop North<br>Orange Park, FL 32073-6258 | CAN-DOO Budget Rentals<br>301 Goliad Dr.<br>Abiene, TX 79601-6246 |
| Capital One<br>P.O. Box 60519<br>City of Industry, CA 91716-0519 | Chrysler Capital<br>P.O. Box 660335<br>Dallas, TX 75266-0335 | City of San Angelo<br>P.O. Box 5820<br>San Angelo, TX 76902-5820 |

| | | |
|---|---|---|
| Core & Main<br>P.O. Box 283320<br>St Louis, MO 63146 | Cure Payment Recovery Solutions<br>1490 William Floyd Pkwy, Ste. 104<br>East Yaphank, NY 11967-1820 | Daimler Truck Financial<br>P.O. Box 4160<br>Carol Stream, IL 60197-4160 |
| Dean & Linebarger<br>305 W. Twohig<br>San Angelo, TX 76903-6319 | E&R Supply Co.<br>1717 S. Chadbourne<br>San Angelo, TX 76903-8596 | Ed Cheatle<br>2726 Oak Mountain Trail<br>San Angelo, TX 76904-7417 |
| Fenix Capital Funding, LLC<br>9265 4th Ave., 2nd Floor<br>Brooklyn, NY 11209-7006 | First National Bank & Trust Co.<br>First Bank Texas<br>1100 E Main St<br>Weatherford, OK 73096-5799 | First National Bank & Trust Co.<br>First Bank Texas<br>1849 South 1st<br>Abilene, TX 79602-1107 |
| First National Bank & Trust Co.<br>First Bank Texas<br>P.O. Box 968<br>Baird, TX 79504-0968 | FleetPride<br>P.O. Box 847118<br>Dallas, TX 75284-7118 | Ford Credit<br>P.O. Box 650575<br>Dallas, TX 75265-0575 |
| Gas Card<br>P.O. Box 51140<br>Midland, TX 79710-1140 | HUBER Technology<br>1009 Airlie Parkway<br>Denver, NC 28037-7705 | Hargraves Tire & Auto<br>1617 Pulliam St.<br>San Angelo, TX 76905-5111 |
| Hay, Wittenburg, Davis, Caldwell, & Bale<br>Attn: Larry W. Bale<br>P.O. Box 271<br>San Angelo, TX 76902-0271 | John Deer Financial<br>P.O. Box 650215<br>Dallas, TX 75265-0215 | John Voller<br>4066 Monticello St.<br>Abilene, TX 79605-3823 |
| Kings County Supreme Court<br>360 Adams St #4<br>Brooklyn, NY 11201-3749 | LG Funding LLC<br>1218 Union Street.<br>Brooklyn, NY 11225-1512 | McCoys Building Supply<br>P.O, Box 1362<br>San Marcus, TX 78667-1362 |
| Mercedez-Benz Financial<br>P.O. Box 685<br>Roanoke, TX 76262-0685 | Miller Ag Service & Supply<br>P.O. Box 625<br>Eden, TX 76837-0625 | Optimum Business<br>1111 Stewart Ave.<br>Bethpage, NY 11714-3533 |
| Phillips and Associates, CPA's<br>2709 81st St., Ste. A<br>Lubbock, TX 79423-2225 | Precision Pump Systems<br>P.O. Box 73149<br>Houston, TX 77273-3149 | QFS Capital Funding<br>110 E Broward Blvd.<br>Fort Lauderdale, FL 33301-3503 |
| Rendall Sikes PLLC<br>Attn: Celena Adcock<br>5310 Harvest Hill Rd., Ste. 260<br>Dallas, TX 75230-5811 | SKG Engineering<br>1122 S. Bryant<br>San Angelo, TX 76903 | Texas Mutual<br>P.O. Box 841843<br>Dallas, TX 75284-1843 |

| | | |
|---|---|---|
| The Leyvi Law Group, P.C.<br>Attn: Leyvi Maksim<br>227 Sea Breeze Ave., Ste. 2A<br>Brooklyn, NY 11224-3794 | Tom Green County Appraisal District<br>2302 Pulliam<br>San Angelo, TX 76905-5165 | Tom Halfman<br>7889 Elk Run<br>San Angelo, TX 76901-4961 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Velocity<br>290 Broadhollow Rd.<br>Melville, NY 11747-4836 |
| Vulcan Materials<br>P.O. Box 849131<br>Dallas, TX 75284-9131 | WTGF WTG Fuels<br>P.O. Box 3514<br>Midland, TX 79702-3514 | Wells Fargo<br>420 Montgomery St.<br>San Francisco, CA 94104-1298 |
| West TX Rock Resources, LLC<br>P.O. Box 871<br>Roscoe, TX 79545-0871 | Yellowhouse Machinery Co.<br>P.O. Box 31388<br>Amarillo, TX 79120-1388 | Roddrick Breon Newhouse<br>401 Century Pkwy<br>Unit 715<br>Allen, TX 75013-8043 |
| Ronald M. Mapel<br>Ronald M. Mapel, Attorney at Law<br>3119 Cumberland Drive<br>San Angelo, TX 76904-6110 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Company LLC<br>PO Box 62180<br>Colorado Springs, CO 80962 | John Deere Construction & Forestry Company<br>P.O. Box 6600<br>Johnston, IA 50131 | (d)National Bankruptcy Service Center<br>Ford Credit<br>P.O. Box 62180<br>Colorado Springs, CO 80962 |
| US Bank<br>P.O. Box 790179<br>St. Louis, MO 63179 | End of Label Matrix<br>Mailable recipients 72<br>Bypassed recipients 0<br>Total 72 | |