**Roddrick Newhouse, Trustee**
**401 Century Parkway**
**Suite 715**
**Allen, TX 75013**
**Telephone: (469) 777-6560**
**Email: rn7trustee@gmail.com**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROTO, INC., | § | CASE NO. 22-60072-RLJ7 |
| | § | |
| Debtor. | § | Chapter 7 |
| | § | |

**NOTICE OF DEFERRAL OF FILING FEE ON**
**MOTION TO RE-OPEN CHAPTER 7 PROCEEDING**

I, Roddrick Newhouse, trustee, certify that the filing fee in the amount of $260.00 in the above captioned case should be deferred until assets are received in the estate.

Respectfully submitted,

/s/ *Roddrick Newhouse*
Roddrick Newhouse
CHAPTER 7 TRUSTEE
401 Century Parkway
Suite 715
Telephone: (469) 777-6560
Email: rn7trustee@gmail.com

**NOTICE OF DEFERRAL OF FILING FEE ON MOTION**
**TO RE-OPEN CHAPTER 7 PROCEEDING - Page Solo**